AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR - 3 2019

David J. Bradley, Clerk

United States of America
v.

Victor Manuel Valencia RASCON
COB:  Mexico
YOB:  1973

*Defendant(s)*

Case No. M-19-0513-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/02/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 27.54 kilograms of cocaine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 27.54 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

/S/ Ali Muhiuddin
*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  03/03/2019   10:21 a.m.

*Peter E. Ormsby*
*Judge's signature*

City and state: McAllen, TX

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On March 02, 2019 at approximately 1045 hours, Victor Manuel Valencia RASCON (Mexican National) while driving a vehicle applied for entry into the United States (U.S.) via the Hidalgo, Texas, Port of Entry (POE). A Customs and Border Protection Officer (CBPO) obtained a negative declaration for narcotics and other items and admitted RASCON into the U.S.

During post primary inspection, RASCON was selected for secondary inspection and a negative declaration for narcotics and other items was obtained by CBP. During the inspection, CBP discovered a suitcase with suspected narcotics in the trunk.

A CBP K-9 subsequently alerted to the odor of narcotics in the suitcase. CBP extracted 25 brick shaped packages wrapped in tape from the suitcase, which collectively weighed 27.54 kilograms and field tested positive for cocaine.

On March 02, 2019, at approximately 1319 hours, Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin and additional HSI personnel interviewed RASCON, who waived his Miranda Rights in writing and stated the following in summary:

RASCON was aware his suitcase contained cocaine and expected to be financially compensated for smuggling the narcotics into the U.S.