**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**
United States District Court
Southern District of Texas
FILED

MAR 2 6 2019

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. **M-19-514** |
| VICTOR MANUEL VALENCIA RASCON § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about March 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VICTOR MANUEL VALENCIA RASCON**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

### Count Two

On or about March 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VICTOR MANUEL VALENCIA RASCON**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 27 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about March 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VICTOR MANUEL VALENCIA RASCON**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Four

On or about March 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VICTOR MANUEL VALENCIA RASCON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 27 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY